UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Amy W.,[1]

    Plaintiff,

v.

Kilolo Kijakazi,
 Acting Commissioner of Social Security,

    Defendant.

Case No. 21-CV-2034 (SRN/LIB)

**ORDER**

David F. Chermol, Chermol & Fishman LLC, 11450 Bustleton Avenue, Philadelphia, PA 19116 and Edward C. Olson, Disability Attorneys of Minnesota, 331 2nd Avenue S., #890, Minneapolis, MN 55401 for Plaintiff Amy W.

Ana H. Voss, United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415 and Chris Carillo, Office of the General Counsel - Suite 350, Social Security Administration, 1301 Young Street, Mailroom 104, Dallas, TX 75202 for Defendant.

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated October 24, 2022 [Doc. No. 34]. No objections having been filed within the time period permitted by the Local Rules,

Accordingly, based on the foregoing and all the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

    1. Plaintiff's Motion for Attorney's Fees [Doc. No. 29] is GRANTED;

---

[1] This District has adopted the policy of using only the first name and last initial of any nongovernmental parties in Social Security opinions such as this Order. Accordingly, where the Court refers to Plaintiff by her name, only her first name and last initial are provided.

2. Plaintiff is awarded attorney's fees in the amount of $8,240.00, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412;

3. Plaintiff is awarded costs in the amount of $100.00, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412; and

4. This award is found to fully and completely satisfy any and all claims for fees, costs, and/or expenses that may have been payable to Plaintiff in this matter pursuant to the Equal Access to Justice Act.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  November16, 2022

                                                  s/Susan Richard Nelson
                                                  SUSAN RICHARD NELSON
                                                  United States District Judge